United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 17, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-11003
Summary Calendar

IN RE:  APPLICATION OF GROVER
G. HANKINS FOR ADMISSION TO
THE BAR OF THE UNITED STATES
DISTRICT COURT FOR THE NORTHERN
DISTRICT OF TEXAS,

GROVER C. HANKINS

                                        Appellant,

---------------------
Appeal from the United States District Court
for the Northern District of Texas
4:04-MC-10-A
---------------------

Before JONES, WIENER, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Appellant Grover G. Hankins appeals an order filed July 19, 2004 by Honorable John McBryde, United States District Judge, on behalf of the judges of the United States District Court for the Northern District of Texas, denying Hankins's application for admission to the Bar of that court.  This order issued after Hankins failed to comply with a May 25, 2004 order of the court requiring submission of specified information regarding old State Bar grievances, even though, following that earlier order, Hankins

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

had submitted a May 28, 2004 certificate from the Office of the Chief Disciplinary Counsel of the State Bar of Texas listing eleven purported grievances that the State Bar had dismissed as lacking merit.  The certificate further stated that Hankins "is currently active and in good standing with the State Bar of Texas.  There has been no disciplinary action involving professional misconduct taken against Mr. Hankins' [sic] law license."  The district court's order of July 19, 2004 denied Hankins's application for admission because Hankins had failed to "draw[] on his memory for the details" of the grievances filed against him a number of years earlier.

In light of the contents of the certificate from the State Bar of Texas issued and filed less than a month before the district court's order denying the admission of Hankins to the Bar of the Northern District of Texas, and mindful of the persisting effects of denial of admission to any bar on the professional reputation and practice of an attorney-at-law otherwise licensed and in good standing with the state bar in which the federal district court is located, we are constrained to reverse the order appealed from and to remand this matter to the Chief Judge and judges of the district court of the Northern District of Texas with instructions to notify Hankins that he shall be allowed a reasonable time of not less than thirty (30) days within which to file a new application for admission to the Bar of the district court, which application if timely filed shall be considered de novo in the discretion of the

2

Chief Judge or such judge or judges of that court as the Chief Judge may designate, and either denied with written reasons or granted.

REVERSED and REMANDED with instructions.